UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PETER GATLYN,
    Plaintiff,

vs.                                        Case No.:   3:19cv4914/LAC/EMT

SERGEANT LOWERY, et al.,
    Defendants.
_____/

## **REPORT AND RECOMMENDATION**

      Plaintiff, a former state inmate proceeding pro se, initiated this action by filing a civil rights complaint under 42 U.S.C. § 1983 (*see* ECF No. 1).  On February 5, 2020, the court granted Plaintiff's motion for leave to proceed in forma pauperis and ordered him to pay an initial partial filing fee in the amount of $6.66 within thirty days (*see* ECF Nos. 13, 14).

      Plaintiff did not pay the initial partial filing fee by the deadline; therefore, on March 11, 2020, the court issued an order directing Plaintiff to show cause why this case should not be dismissed for his failure to comply with the court's order (*see* ECF No. 15).  Plaintiff responded to the show cause order, stating he would shortly be released from incarceration and would pay the initial partial filing fee upon his release (ECF No. 16).  Plaintiff also notified the court of his anticipated release

address (*see id.*).   On April 6, 2020, the court extended the deadline for payment of the initial partial fee to May 11, 2020 (ECF No. 17).

Plaintiff was released from state prison on April 12, 2020, and never paid the initial partial filing fee.  Noting Plaintiff's release and his nonpayment of the fee, the court issued an order on June 1, 2020, directing Plaintiff to update his in forma pauperis application by indicating whether he was employed and presenting a more accurate depiction of his financial status (ECF No. 20).   The court set a thirty-day deadline for Plaintiff to comply with the order (*see id.*).   And the court advised Plaintiff that his failure to comply with the order would result in a recommendation of dismissal of this action (*see id.*).[1]

Plaintiff did not respond to the court's order of June 1; therefore, on July 6, 2020, the court issued another order directing Plaintiff to show cause, within fourteen days, why this case should not be dismissed for his failure to comply with the court's order (ECF No. 21).   The court expressly warned Plaintiff that his failure to comply with the show cause order would result in a recommendation, **without further notice**, that the case be dismissed (*see id.*) (emphasis added).   The deadline has passed, and Plaintiff has not responded to the order.

---

[1]   The court sent a copy of the order to Plaintiff at the release address he provided.

Case No.: 3:19cv4914/LAC/EMT

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice for Plaintiff's failure to comply with orders of the court.

At Pensacola, Florida, this 24th day of July 2020.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**