UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PETER GATLYN,
     Plaintiff,

vs.                       Case No.:  3:19cv4914/LAC/EMT

SERGEANT LOWERY, et al.,
     Defendants.
_____/

## **ORDER**

The chief magistrate judge issued a Report and Recommendation on July 24, 2020 (ECF No. 22).  Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The chief magistrate judge's Report and Recommendation (ECF No. 22) is adopted and incorporated by reference in this order.

2. The case is **DISMISSED** without prejudice due to Plaintiff's failure to comply with orders of the court.

**DONE AND ORDERED** this 24th day of August, 2020.


_s/L.A. Collier_

**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**